## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

TECHNICAL METALS, INC. and )
HOFFMAN TOOL, INC., )
     )
     Plaintiffs, )
     )
     v. )         Civil Action No. 1:26-CV-01069
     )
MANUFACTURING REVITALIZATION )
CORPORATION OF AMERICA L.P. I, )
     )
     Defendant. )

---

### DEFENDANT'S MOTION TO STAY DISCOVERY PENDING THE COURT'S RULING CONCERNING DEFENDANT'S MOTION TO COMPEL ARBITRATION

---

Defendant Manufacturing Revitalization Corporation of America, L.P. I ("MRCA"), by and through its undersigned counsel, respectfully moves this Court pursuant to § 3 of the Federal Arbitration Act (9 U.S.C. § 3) to stay all discovery in this action pending the Court's decision on whether to compel arbitration.  A Memorandum of Law in support of Defendant's Motion is attached hereto.

            MANUFACTURING REVITALIZATION
            CORPORATION OF AMERICA L.P. I,

            By:   /s/ _James M. Kelly_____
                  James M. Kelly

James M. Kelly (ARDC# 6238519)
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Avenue
Peoria, IL 61614
T: (309) 679-0900
F: (309) 679-0919

E: jim@jameskellylawfirm.com
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*

*Of Counsel:*
**Christopher K. Karic**
Furukawa Castles Karic LLP
800 Airport Blvd., Suite 504
Burlingame, California 94010
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*

## CERTIFICATE OF SERVICE

I certify that on March 12, 2026, I electronically filed the foregoing **Defendant's Motion to Stay Discovery pending the Court's Ruling concerning Defendant's Motion to Compel Arbitration** and **Memorandum of Law in Support of Defendant's Motion to Stay Discovery pending the Court's Ruling concerning Defendant's Motion to Compel Arbitration** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys on record and that I have electronically mailed the documents to the following non CM/ECF participants:

Mark Alan Platt
Frost Brown Todd LLP
E:  mplatt@fbtgibbons.com

Kaitlyn Carrara
Frost Brown Todd LLP
E:  kcarrara@fbtgibbons.com

Robert Lee Edwards
Gordon Davis Johnson & Shane PC
E:  REdwards@eplawyers.com

/s/ *Brittnay E. Girouard*
Brittnay E. Girouard

James M. Kelly, ARDC No. 6238519
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Avenue
Peoria, IL 61614
T: (309) 679-0900
F: (309) 679-0919
E: jim@jameskellylawfirm.com
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*

*Of Counsel:*
**Christopher K. Karic**
Furukawa Castles Karic LLP
800 Airport Blvd., Suite 504
Burlingame, California 94010
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*