E-FILED
Thursday, 09 April, 2026  08:47:40 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

TECHNICAL METALS, INC. and ) 
HOFFMAN TOOL, INC., )
)
    Plaintiffs/Counter-Defendants, )
)
    v. )        Civil Action No. 1:26-CV-01069
)
MANUFACTURING REVITALIZATION )
CORPORATION OF AMERICA L.P. I, )
)
    Defendant/Counter-Plaintiff. )

## DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY DISCOVERY

Currently pending before the Court is Defendant's Motion to Compel Arbitration and Stay Discovery filed on February 2, 2026, in Federal District Court for the Western District of Texas.  Before the Court decided Defendant's Motion, the Court transferred this action to the Federal District Court for the Central District of Illinois as a result of a Motion to Dismiss or in Alternate to Transfer because of *Forum Non-Conveniens.*  Defendant hereby moves this Court to withdraw its Motion to Compel Arbitration.

This Motion does not raise a question of law, accordingly no memorandum of law in support of Defendant's Motion has been filed.

*Counsel for Manufacturing Revitalization Corporation of American L.P.I.*

/s/ *James M. Kelly*
    James M. Kelly

James M. Kelly, ARDC No. 6238519
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Avenue
Peoria, IL 61614
T: (309) 679-0900

1

F: (309) 679-0919
E: jim@jameskellylawfirm.com
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*

Jay L. Cohen, NY Bar No. 1793074
JAMES KELLY LAW FIRM, PC
68 S. Service Road Suite 100.
Melville, NY 11747
T:  (631) 465-2020
F:  (631) 452-5915
E:  jayc@jameskellylawfirm.com
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*

Jason D. Johnson, ARDC No. 6286499
JAMES KELLY LAW FIRM, PC
140 A N. Main Street,
Edwardsville, IL 62025
T:  (618) 249-5959
F:  (618) 249-5949
E:  jdj@jameskellylawfirm.com
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*

*Of Counsel:*
**Christopher K. Karic**
Furukawa Castles Karic LLP
800 Airport Blvd., Suite 504
Burlingame, California 94010
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2026, I electronically filed the foregoing **DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys on record and that I have electronically mailed the documents to the following non CM/ECF participants:

Mark Alan Platt
Frost Brown Todd LLP
E:  mplatt@fbtgibbons.com

Kaitlyn Carrara
Frost Brown Todd LLP
E:  kcarrara@fbtgibbons.com

/s/ *Brittnay E. Girouard*
Brittnay E. Girouard

James M. Kelly, ARDC No. 6238519
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Avenue
Peoria, IL 61614
T: (309) 679-0900
F: (309) 679-0919
E: jim@jameskellylawfirm.com
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*

Jay L. Cohen, NY Bar No. 1793074
JAMES KELLY LAW FIRM, PC
68 S. Service Road Suite 100.
Melville, NY 11747
T:  (631) 465-2020
F:  (631) 452-5915
E:  jayc@jameskellylawfirm.com
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*

Jason D. Johnson, ARDC No. 6286499
JAMES KELLY LAW FIRM, PC
140 A N. Main Street,
Edwardsville, IL 62025

T:  (618) 249-5959
F:  (618) 249-5949
E:  jdj@jameskellylawfirm.com
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*

*Of Counsel:*
**Christopher K. Karic**
Furukawa Castles Karic LLP
800 Airport Blvd., Suite 504
Burlingame, California 94010
*Counsel for Defendant/Counter-Plaintiff Manufacturing Revitalization Corporation of America, L.P. I*