**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| TECHINICAL METALS, INC. and<br>HOFFMAN TOOL, INC.<br>　　　　　　Plaintiffs,<br><br>v.<br><br>MANUFACTURING REVITALIZATION<br>CORPORATION OF AMERICA L.P.I.,<br>　　　　　　Defendant. | )<br>)<br>)<br>)　CIVIL ACTION NO. 1:26-CV-01069<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and Central District of Illinois Rule 7.1.1,

Defendant, Techmetals LLC, by its undersigned attorneys, JAMES KELLY LAW FIRM, P.C., states the

following:

1. Techmetals LLC is a limited liability company whose sole member is Manufacturing

   Revitalization Corporation of America (MRCA).

2. MRCA is a limited partnership whose sole general partner is Red White Blue (RWB)

   Enterprises.

3.  Red White Blue Enterprises is a limited liability company whose partners are four limited liability companies: All of whom have a greater than 10% stake in RWB Enterprises the parties are: FWGGWF, LLC, Declow, LLC, Stizzy, LLC and Hrvat, LLC.

Respectfully submitted,

TECHMETALS LLC, Defendant

By:/s/
James M. Kelly

James M. Kelly, ARDC No. 6238519
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Avenue
Peoria, IL  61614
T: (309) 679-0900
F: (309) 679-0919
E: jim@jameskellylawfirm.com

Jay L. Cohen, NY Bar No. 1793074
JAMES KELLY LAW FIRM, PC
68 S. Service Road Suite 100.
Melville, NY 11747
T:  (631) 465-2020
F:  (631) 452-5915
E:  jayc@jameskellylawfirm.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2026, I electronically filed the foregoing Disclosure Statement with the Clerk of the Court in the Central District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James M. Kelly*
James M. Kelly
